UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BEST )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>GREEN DOT CORPORATION )<br>　　　　Defendant. ) | **JUDGMENT**<br>4:22-CV-146-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2023 and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on March 30, 2023, and Copies To:**
Timothy Best (via US mail) 210 E. Firetower Road, Winterville, NC 28590

March 30, 2023　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk